

GALVESTON   GALVESTON    JUDGE LETITIA Z. PAUL
AUG 2011

ENTERED
08/30/2011

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

IN RE: CARLEN CONCEPTS, LLC.     CASE NO. 11-80442-G3-7
       DEBTOR                               ADVERSARY NO. 11-08013

PATRICK & LYNDA MICHAELSKI
PLAINTIFF(S)

vs

CARLEN CONCEPTS, LLC., et. al.
DEFENDANT(S)

COMPREHENSIVE SCHEDULING, PRETRIAL, AND TRIAL ORDER

This case was filed on **AUGUST 25, 2011**.

1. THIS ORDER SHALL BE SERVED BY THE PLAINTIFF WITH THE SUMMONS.

2. The plaintiff shall file no later than 90 days after the filing of this adversary case a status report which contains this information:

    a. When service of the summons and complaint was accomplished;

    b. Whether an answer has been served on the counsel;

    c. If an answer has been served, the name, address and telephone number of defendant's counsel;

    d. If no answer has been received, a motion for default judgment must be attached.

3. All discovery shall be completed no later than 180 days after the date the adversary proceeding was filed.

4. All dispositive motions shall be filed no later than 180 days after the date the adversary proceeding was filed.

5. A Joint Pretrial Statement shall be filed no later than 210 days after the date the adversary proceeding was filed. All counsel shall be responsible for the actual filing of the jointly prepared document. If a joint Pretrial statement is not obtainable, the parties are required to file a separate Pretrial Statement.

6. A Status Conference shall be held on **OCTOBER 14, 2011, at 12:00 P.M., at 601 Rosenberg, 6th Floor Courtroom** before Judge Letitia Z. Paul, Galveston, Texas, to determine default, dismissal or possible settlement. If it is determined the case is ready to go forward:

7. A Pretrial Conference shall be held on **APRIL 13, 2012, at 12:15 P.M., at 601 Rosenberg, 6th Floor Courtroom** before Judge Letitia Z. Paul, Galveston, Texas. Counsel who have major responsibility for the case must attend the pretrial.

8. Trial will be held the week of **APRIL 16-20, 2012.**

9. Any changes in this schedule will only be made by further order of the court. Motions to extend these deadlines will be granted only for good cause beyond the control of the lawyers or parties in very limited circumstances.

10. Discovery dispute motions may be made formally in writing or, if the court has available time, may be dealt with by telephonic conference at the time dispute arises.

**COUNSEL IS DISCOURAGED FROM FILING MOTIONS TO COMPEL, MOTIONS FOR PROTECTIVE ORDERS AND SIMILAR MOTIONS. IN THE EVENT SUCH A MOTION IS MADE, ORALLY OR IN WRITING, SANCTIONS SHALL, IN ALL LIKELIHOOD, BE IMPOSED AS PROVIDED IN BANKRUPTCY RULES 9011, 7037, OR 28 U.S.C. SECTION 1927.**

11. Failure to comply with any of the requirements of this order may result in sanctions being imposed on counsel, the parties, or both, which may include dismissal or entry of judgment for the opposing party.

**DATED: AUGUST 29, 2011**

_____
LETITIA Z. PAUL
**UNITED STATES BANKRUPTCY JUDGE**